UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STANLEY BURRELL,                                    ORDER
*48850-053*          Petitioner,
       - against -
UNITED STATES OF AMERICA,                           12-MC-0679 (JO)
                     Respondent.
-----------------------------------------------------------X

James Orenstein, Magistrate Judge:

    The government reports that it is not in possession of the items the petitioner seeks to have returned. The motion is therefore moot. Even if the motion were not moot, I would agree with the government that it was not timely filed and should therefore be denied on procedural grounds. I respectfully direct the Clerk of Court to close this action.

    SO ORDERED.

Dated: Brooklyn, New York
       March 20, 2019

                                                                                           /s/
                                                                                James Orenstein
                                                                                U.S. Magistrate Judge